# Exhibit 6

62-CV-26-699

CASE 0:26-cv-01495-ECT-DTS     Doc. 1-6     Filed 02/17/26     Page 2 of 2

Filed in District Court
State of Minnesota
1/29/2026 1:52 PM

Filed in District Court | State of Minnesota | 1/29/2026

State of Minnesota                                       District Court
Ramsey County                                    Second Judicial District
                                        Court File Number: 62-CV-26-699
                                             Case Type: Civil Other/Misc.

## Notice of Case Filing and Assignment

File Copy

_____

Hopkins Child Care Center LLC, Cloud Academy LLC, St. Cloud Childcare Inc. vs Tikki Brown, Minnesota Department of Children, Youth, and Families

Date Case Filed:  **January 28, 2026**

Court file number **62-CV-26-699** has been assigned to this matter.   All future correspondence must include this file number, the attorney identification number, and must otherwise conform to format requirements or they WILL BE RETURNED. Correspondence and communication on this matter should be directed to the following court address:

> **Ramsey Court Administration**
> **15 West Kellogg Boulevard Room 170**
> **St Paul MN  55102**

Assigned to: **Judge Leonardo Castro**

If ADR applies, a list of neutrals is available at [www.mncourts.gov](www.mncourts.gov) (go to Alternative Dispute Resolution) or at any court facility.  Please direct all scheduling inquiries on this matter to Assignment at 651-266-8307.

Dated: January 29, 2026

cc: St. Cloud Childcare Inc.