UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Hopkins Child Care Center LLC, Cloud Academy LLC, St. Cloud Childcare Inc., and Zamzam Daycare LLC, | Civil File 26-cv-1495 (ECT/DTS) |
| Plaintiffs, | **NOTICE OF MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT** |
| vs. | |
| Tikki Brown, *individually and in her official capacity*; Minnesota Department of Children, Youth, and Families; John Doe 1-5, *individually*; and Jane Doe 1-5, *individually*, | |
| Defendants. | |

Defendants Minnesota Department of Children, Youth, and Families ("DCYF") and Commissioner Tikki Brown, in her individual capacity and official capacity, respectfully move the Court pursuant to Fed. R. Civ. P. 6(b) for an Order extending the deadline for DCYF and Commissioner Brown in her official capacity to respond to Plaintiffs' Second Amended Complaint to June 30, 2026.

This Motion is based upon all files, records and proceedings herein, to include Defendants' Memorandum of Law in Support of Their Motion for Extension of Time to Answer or Otherwise Respond to the Second Amended Complaint.

[*Signature on next page.*]

Dated:  May 14, 2026

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

<u>**s/   James P. Garay Heelan**</u>
JAMES P. GARAY HEELAN
Assistant Attorney General
Atty. Reg. No. 0506135

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-7894 (Voice)
(651) 282-5832 (Fax)
James.GarayHeelan@ag.state.mn.us

*Attorney for Department of Children, Youth, and Families, and Commissioner Tikki Brown, in her Individual Capacity and Official Capacity*

|#6359788-v1