UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Hopkins Child Care Center LLC, Cloud Academy LLC, St. Cloud Childcare Inc., and Zamzam Daycare LLC, | Case File No. 26-cv-1495 (ECT/DTS) |
| Plaintiffs, | **DEFENDANTS' LOCAL RULE 7.1(A) MEET AND CONFER STATEMENT** |
| vs. | |
| Tikki Brown, *individually and in her official capacity*; Minnesota Department of Children, Youth, and Families; John Doe 1-5, *individually*; and Jane Doe 1-5, *individually*, | |
| Defendants. | |

I, James P. Garay Heelan, counsel for and the Defendants Minnesota Department of Children, Youth, and Families ("DCYF") and Defendants Tikki Brown in her individual capacity and official capacity (together with DCYF, the "Motion Defendants"), state the following:

1. On April 21, 2026, Plaintiffs' counsel, Jason Steck, sent a draft Third Amended Complaint me by e-mail for my clients to consider. The draft Third Amended Complaint removed multiple claims from the Second Amended Complaint, added a plaintiff and a defendant, and reflected factual developments subsequent to the Second Amended Complaint.

2. On April 28, 2026, I e-mailed Plaintiff's counsel that my clients would agree to his filing the Third Amended Complaint conditioned upon a 21-day deadline for my

clients to answer or otherwise respond, not including days between May 21 and June 1, 2026.

3. On April 29, 2026, Plaintiffs' counsel agreed by e-mail to my clients' condition on filing the Third Amended Complaint.

4. By e-mail on May 1, 5, and 8, 2026, I asked Plaintiffs' counsel for a draft stipulation to review for him to file the Third Amended Complaint. He did not respond to those requests.

5. On Friday, May 8, 2026, I sent an e-mail to Plaintiff's counsel, Jason Steck, asking to meet and confer on Motion Defendants' third request to extend their deadline to answer or otherwise respond to the Second Amended Complaint.

6. Because Plaintiffs' counsel did not respond to my May 8th e-mail, on the morning of Wednesday, May 13, 2026, I e-mailed Plaintiffs' counsel asking him by 12:00 p.m. to respond with a time to telephonically meet and confer. He responded at 11:46 a.m. and we spoke several minutes later by telephone.

7. During our May 13, 2026 meet and confer call, Plaintiffs' counsel said he would send a draft stipulation to me that same day. I told him my clients and I would need a day to communicate and that hopefully we could have an agreed stipulation to file on May 14, 2026. During the call, Plaintiffs' counsel did not state that he was unavailable during the April 21 through May 13, 2026 timeframe.

8. On May 14, 2026, at 11:01 a.m. I received an e-mail from Plaintiffs' counsel with attachments he identifies as a proposed stipulation (both a Word and PDF version) and Third Amended Complaint. I have not yet been able to evaluate those

documents and require additional time to do so, and to communicate with my clients about them.

9.     The above-referenced e-mails are attached as Exhibit 1 to my declaration filed with the motion.

10.     In an e-mail to Plaintiffs' counsel at 10:30 a.m. on May 13, 2026, I stated the e-mail chain comprised all our communications since April 21, 2026. After that e-mail, I looked again through my e-mail inbox and see that Plaintiffs' counsel and I had one e-mail communication outside the chain, on April 23, 2026, relating to a factual development regarding one of the plaintiffs in this case. That April 23rd e-mail communication did not reference any proposed stipulation or alteration to the April 21st draft of the proposed Third Amended Complaint.

Dated:  May 14, 2026                    Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

**s/   James P. Garay Heelan**
JAMES P. GARAY HEELAN
Assistant Attorney General
Atty. Reg. No. 0506135

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-7894 (Voice)
(651) 282-5832 (Fax)
James.GarayHeelan@ag.state.mn.us

*Attorney for Department of Children, Youth, and Families, and Commissioner Tikki Brown, in her Official Capacity*

|#6359792-v1