## James Garay Heelan

| | |
|---|---|
| **From:** | Jason Steck <jason@jasonstecklaw.com> |
| **Sent:** | Thursday, May 14, 2026 11:01 AM |
| **To:** | James Garay Heelan |
| **Subject:** | RE: Meet and Confer Request |
| **Attachments:** | Stipulation on Third Amended Complaint.docx; Stipulation on Third Amended Complaint.pdf; Third Amended Complaint -- Hopkins et al.pdf |

Please find attached.

**Jason Steck**
Law Office of Jason Steck
6160 Summit Drive North, Suite 220
Brooklyn Center, MN 55430
(763) 402-1829

---

**From:** James Garay Heelan <James.GarayHeelan@ag.state.mn.us>
**Sent:** Wednesday, May 13, 2026 12:04 PM
**To:** Jason Steck <jason@jasonstecklaw.com>
**Subject:** RE: Meet and Confer Request

Mr. Steck,

Thanks for returning my call.

During the call you said you believed you already filed the Third Amended Complaint. I confirmed on PACER that you have not. Nor, as I said during the call, could you have filed because we have not yet reviewed or agreed to a stipulation to filing.

I appreciate your continued intention to file a Third Amended Complaint, and I look forward to reviewing a draft stipulation to include a (assuming you file tomorrow) a Wednesday, June 17, 2026, deadline for my clients to answer or otherwise respond to the Third Amended Complaint.

Sincerely,
James



**James P. Garay Heelan** *(he/him)*
Assistant Attorney General | Human Services Division

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7894 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

1

**From:** James Garay Heelan
**Sent:** Wednesday, May 13, 2026 11:49 AM
**To:** Jason Steck <jason@jasonstecklaw.com>
**Subject:** RE: Meet and Confer Request

I just called the number in your e-mail signature and left a voicemail message. Please call me back.

James

 **James P. Garay Heelan** *(he/him)*
Assistant Attorney General | Human Services Division

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7894 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

**From:** Jason Steck <jason@jasonstecklaw.com>
**Sent:** Wednesday, May 13, 2026 11:46 AM
**To:** James Garay Heelan <James.GarayHeelan@ag.state.mn.us>
**Subject:** Re: Meet and Confer Request

I'm available right now for 15 minutes

Get Outlook for iOS

**From:** James Garay Heelan <James.GarayHeelan@ag.state.mn.us>
**Sent:** Wednesday, May 13, 2026 10:30:21 AM
**To:** Jason Steck <jason@jasonstecklaw.com>
**Subject:** Meet and Confer Request

Mr. Steck,

I intend to file an extension request in this matter today with a copy of this e-mail chain.

I am asking for this extension to allow the parties time to hopefully agree to a stipulation for your filing the Third Amended Complaint. As you know, following our meet and confer telephone conversation of March 24, 2026, you agreed to consider my clients' arguments regarding the Second Amended Complaint and factual developments in the case to prepare a Third Amended Complaint.   On April 8, 2026, we exchanged e-mails in a separate thread in which you said you "won't oppose any request for additional time." I subsequently filed and the Court granted a request to extend my clients' deadline to answer or otherwise respond to the Second Amended Complaint to May 14, 2026. On April 21, 2026, you sent be a draft Third Amended Complaint removing multiple claims from the Second Amended Complaint and adding an additional plaintiff. The below e-mail chain comprises all our subsequent communications.

**Please let me know before 12:00 p.m. whether you are available today for a meet and confer call regarding this extension request.** By talking, we can hopefully identify an appropriate length of time for

this extension request. If I do not hear from you by 12:00 p.m. to arrange a meet and confer, I will ask the Court to extend the deadline for my clients to answer or otherwise respond to the Second Amended Complaint until June 30, 2026.

Thanks,



**James P. Garay Heelan** *(he/him)*
Assistant Attorney General | Human Services Division

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7894 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

---

**From:** James Garay Heelan
**Sent:** Friday, May 8, 2026 4:03 PM
**To:** Jason Steck <jason@jasonstecklaw.com>
**Subject:** RE: Third Amended Complaint

Mr. Steck,

I write to ask for a meet and confer on another extension of time to file an answer or other response to the Second Amended Complaint.

Although I have not heard from you since your below April 29th e-mail, I understand that you still intend to file a Third Amended Complaint. I therefore intend to file another extension request to allow us to agree to a stipulation for you to file the Third Amended Complaint. During our meet and confer, I will ask you to identify a timeline for filing the stipulation and Third Amended Complaint, so that I ask for the appropriate extension.

Please let me know your Monday, May 11th availability for a telephonic meet and confer.

Thanks,
James

---

**From:** James Garay Heelan
**Sent:** Tuesday, May 5, 2026 4:22 PM
**To:** Jason Steck <jason@jasonstecklaw.com>
**Subject:** RE: Third Amended Complaint

Mr. Steck,

I am now authorized to accept service in his matter on Mr. Clifford's behalf.

Will you be sending me a draft stipulation for the filing and response deadline?

James

**From:** James Garay Heelan
**Sent:** Friday, May 1, 2026 4:10 PM
**To:** 'Jason Steck' <jason@jasonstecklaw.com>
**Subject:** RE: Third Amended Complaint

Mr. Steck,

DCYF believes it will be able to accept service for Mr. Clifford by the end of the day on May 6, 2026.

After you file the Third Amended Complaint, I will ask for your availability to schedule a meet and confer call.

Will you be sending me a draft stipulation for the filing and response deadline?

James



**James P. Garay Heelan** *(he/him)*
Assistant Attorney General | Human Services Division

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7894 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

---

**From:** Jason Steck <jason@jasonstecklaw.com>
**Sent:** Wednesday, April 29, 2026 10:14 AM
**To:** James Garay Heelan <James.GarayHeelan@ag.state.mn.us>
**Subject:** RE: Third Amended Complaint

No objection to proceeding in that way provided that you are able to accept service OBO Clifford no later than May 6 and provided that we confer as requested below.

Regarding a motion to dismiss, I request a meet-and-confer as required by Minn. R. Gen. Pract. 115.10 prior to filing such a motion to determine whether any disputes can be further narrowed by amendment prior to filing of the Third Amended Complaint.

**Jason Steck**
Law Office of Jason Steck
6160 Summit Drive North, Suite 220
Brooklyn Center, MN 55430
(763) 402-1829

---

**From:** James Garay Heelan <James.GarayHeelan@ag.state.mn.us>
**Sent:** Tuesday, April 28, 2026 4:48 PM
**To:** Jason Steck <jason@jasonstecklaw.com>
**Subject:** RE: Third Amended Complaint

Mr. Steck,

Thank you for narrowing some of the legal issues from the Second Amended Complaint in the proposed Third Amended Complaint.

First, I am not currently authorized to accept service on behalf of Mr. Clifford in his individual capacity. I expect to receive that authorization soon and will notify you when it becomes effective.

Second, my clients intend to file a Rule 12 motion on the Third Amended Complaint, if filed as is. Nonetheless, we may consent in writing to your filing the Third Amended Complaint if the five plaintiffs agree to allow my clients 21 days to answer or otherwise respond to it from the later of: (1) the date of filing; or (2) the date on which I am able to accept service for Chris Clifford. Days contributing to the 21-day response period will not include May 21 and June 1, 2026, when I am scheduled to be out of the country and unavailable to work on or file a response.

Please let me know if your clients are amenable to the above condition. I am available to talk tomorrow if you have any questions.

Sincerely,
James



**James P. Garay Heelan** *(he/him)*
Assistant Attorney General | Human Services Division
**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7894 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

---

**From:** Jason Steck <jason@jasonstecklaw.com>
**Sent:** Monday, April 27, 2026 9:42 AM
**To:** James Garay Heelan <James.GarayHeelan@ag.state.mn.us>
**Subject:** Re: Third Amended Complaint

Thank you. Please also respond to the service questions.

Get Outlook for iOS

---

**From:** James Garay Heelan <James.GarayHeelan@ag.state.mn.us>
**Sent:** Friday, April 24, 2026 4:35:07 PM
**To:** Jason Steck <jason@jasonstecklaw.com>
**Subject:** RE: Third Amended Complaint

Mr. Steck,

I expect to have a DCYF response to this proposed Third Amended Complaint by EOD on Tuesday, April 28th.

James



**James P. Garay Heelan** *(he/him)*
Assistant Attorney General | Human Services Division

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7894 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

---

**From:** Jason Steck <jason@jasonstecklaw.com>
**Sent:** Tuesday, April 21, 2026 11:59 AM
**To:** James Garay Heelan <James.GarayHeelan@ag.state.mn.us>
**Subject:** Third Amended Complaint

Please find attached.  Note that it includes the addition of another co-plaintiff, Tayo Childcare Inc., and the identification of another individual defendant, Christopher Clifford.  Please advise whether you can accept service on behalf of Mr. Clifford individually or if personal service will be required.

**Jason Steck**
Law Office of Jason Steck
6160 Summit Drive North, Suite 220
Brooklyn Center, MN 55430
(763) 402-1829

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. This electronic communication is available in alternative formats to individuals with disabilities by contacting the sender. Thank you.