UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Hopkins Child Care Center LLC, Cloud Academy LLC, St. Cloud Childcare Inc., and Zamzam Daycare LLC,

        Plaintiffs,

    vs.

Tikki Brown, *individually and in her official capacity*; Minnesota Department of Children, Youth, and Families; John Doe 1-5, *individually*; and Jane Doe 1-5, *individually*,

    Defendants.

Case File No. 26-CV-1495 (ECT/DTS)

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**

The above-captioned matter was submitted to this Court upon the Defendants' Motion for Extension of Time to Respond to the Second Amended Complaint.

**IT IS HEREBY ORDERED:**

1.    That the Defendants' Motion for Extension of Time to Answer or Otherwise Respond to the Second Amended Complaint is **GRANTED**;

2.    Defendants' deadline to answer or otherwise respond to the Second Amended Complaint is extended to June 30, 2026.

BY THE COURT:

Dated: _____

_____
Judge Eric C. Tostrud
U.S. District Judge, District