**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Hopkins Child Care Center LLC, et al.,          Case No. 26-cv-1495 (ECT/DTS)

      Plaintiffs,

v.                                              **ORDER**

Tikki Brown, et al.,

      Defendants.

---

Defendants move for an extension of time to answer or otherwise respond to the Second Amended Complaint. Dkt. No. 28.

**IT IS HEREBY ORDERED:**

1.     Defendants' Motion for Extension of Time (Dkt. No. 28) is **GRANTED**.

2.     Defendants shall answer or otherwise respond to the Second Amended Complaint on or before June 30, 2026.

Dated: May 18, 2026           s/ David T. Schultz
                                    DAVID T. SCHULTZ
                                    United States Magistrate Judge