UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HOPKINS CHILD CARE CENTER, LLC, *et al.*, | **STIPULATION** |
| Plaintiffs, | Case No. 26-cv-1495 (ECT/DTS) |
| v. | |
| TIKKI BROWN, *et al.*, | |
| Defendants. | |

Plaintiffs and Defendants Minnesota Department of Children, Youth, and Families ("DCYF"), Commissioner Tikki Brown, in her official and individual capacities, and Christopher Clifford in his individual capacity (together "Stipulation Defendants"), Plaintiffs and Stipulation Defendants hereby stipulate to requesting the Court set a July 13, 2026 deadline for Stipulation Defendants' time to answer or otherwise respond to the Third Amended Complaint.

Date:  July 1, 2026

_____/s/ Jason Steck_____
Jason Steck #0393077
6160 Summit Drive North, Suite 220
Brooklyn Center, MN 55430
(763) 402-1829
jason@jasonstecklaw.com
**Attorney for Plaintiffs**

Date:  July 1, 2026

/s/ James P. Garay Heelan
James P. Garay Heelan #0506135
Assistant Attorney General
445 Minnesota Street, Suite 600
Saint Paul, Minnesota 55101-2125
(651) 300-7894 (Voice)
(651) 282-5832 (Fax)
James.GarayHeelan@ag.state.mn.us

**Attorney for Defendants
Minnesota Department of
Children, Youth, and Families,
Commissioner Tikki Brown, in her
individual and official capacities,
and Christopher Clifford in his
individual capacity**