**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Hopkins Child Care Center LLC, et al.,                Case No. 26-cv-1495 (ECT/DTS)

      Plaintiffs,

v.                                                                              **ORDER**

Tikki Brown, et al.,

      Defendants.

---

The parties filed a stipulation, Dkt. No. 37, to give Defendants an extension of time to Answer the Third Amended Complaint. **IT IS HEREBY ORDERED:** Defendants shall Answer or otherwise respond to the Third Amended Complaint on or before July 13, 2026.

Dated: July 6, 2026                           s/ David T. Schultz_____
                                             DAVID T. SCHULTZ
                                             United States Magistrate Judge