UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Hopkins Child Care Center LLC, Cloud Academy LLC, St. Cloud Childcare Inc., Zamzam Daycare LLC, and Tayo Daycare, Inc., | Case File No. 26-CV-1495 (ECT/DTS) |
| Plaintiffs, | **JOINT STIPULATION FOR EXTENSION OF TIME** |
| vs. | |
| Tikki Brown, *individually and in her official capacity*; Minnesota Department of Children, Youth, and Families; Christopher Clifford, *individually*, John Doe 1-5, *individually*; and Jane Doe 1-5, *individually*, | |
| Defendants. | |

Plaintiffs and Defendants Minnesota Department of Children, Youth, and Families ("DCYF"), Commissioner Tikki Brown, in her official and individual capacities, and Christopher Clifford in his individual capacity (together "Stipulation Defendants"), hereby stipulate and agree as follows:

1.      WHEREAS, the deadline for Stipulation Defendants to answer or otherwise respond to the Third Amended Complaint is July 13, 2026;

2.      WHEREAS, on July 10, 2026, counsel for Plaintiffs and counsel for Stipulation Defendants held a telephonic meet and confer on Stipulation Defendants' intended motion to dismiss Plaintiffs' Third Amended Complaint;

3.      WHEREAS, the parties agree to continue engaging in good faith dialogue to potentially resolve and/or narrow the matters at issue in the Third Amended Complaint; and

4. WHEREAS, to promote judicial economy and preserve the parties' resources, the parties jointly request the Court to extend Stipulation Defendants' deadline by 21 days to answer or otherwise respond to the Third Amended Complaint.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Stipulation Defendants to request an Order extending the Stipulation Defendants' deadline to answer or otherwise respond to the Third Amended Complaint to August 3, 2026.

**STIPULATED TO BY:**

Date: <u>July 10, 2026</u>

    <u>s/ Jason Steck</u>
Jason Steck #0393077
6160 Summit Drive North, Suite 220
Brooklyn Center, MN 55430
(763) 402-1829
jason@jasonstecklaw.com

*Attorney for Plaintiffs*

Date: <u>July 10, 2026</u>

s/ James P. Garay Heelan
James P. Garay Heelan #0506135
Assistant Attorney General
445 Minnesota Street, Suite 600
Saint Paul, Minnesota 55101-2125
(651) 300-7894 (Voice)
(651) 282-5832 (Fax)
James.GarayHeelan@ag.state.mn.us

*Attorney for Defendants Minnesota Department of Children, Youth, and Families, Commissioner Tikki Brown, in her individual and official capacities, and Christopher Clifford in his individual capacity*

#6405910-v1

2