UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Hopkins Child Care Center LLC, Cloud Academy LLC, St. Cloud Childcare Inc., Zamzam Daycare LLC, Tayo Daycare Inc., | Case File No. 26-CV-1495 (ECT/DTS) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| Tikki Brown, *individually and in her official capacity*; Minnesota Department of Children, Youth, and Families; Christopher Clifford, *individually*; John Doe 1-5, *individually*; and Jane Doe 1-5, *individually*, | |
| Defendants. | |

In consideration of the Plaintiffs and Defendants Minnesota Department of Children, Youth, and Families ("DCYF"), Commissioner Tikki Brown, in her official and individual capacities, and Christopher Clifford in his individual capacity (together "Stipulation Defendants") stipulated joint request to extend Stipulation Defendants' deadline to answer or otherwise respond to the Third Amended Complaint,

**IT IS HEREBY ORDERED:**

Stipulation Defendants' deadline to answer or otherwise respond to the Third Amended Complaint is August 3, 2026, for good cause shown.

BY THE COURT:

Dated: _____

_____
Judge Eric C. Tostrud
U.S. District Judge, District