**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Hopkins Child Care Center LLC, et al., | Case No. 26-cv-1495 (ECT/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| Tikki Brown, et al., | |
| Defendants. | |

The parties filed a stipulation, Dkt. No. 40, to give Defendants an extension of time to Answer the Third Amended Complaint. **IT IS HEREBY ORDERED:** Defendants shall Answer or otherwise respond to the Third Amended Complaint on or before August 3, 2026.

Dated: July 15, 2026

 s/ David T. Schultz_____
DAVID T. SCHULTZ
United States Magistrate Judge