**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Hopkins Child Care Center LLC, et al.,           Case No. 26-cv-1495 (ECT/DTS)

      Plaintiffs,

v.                                                                    **ORDER**

Tikki Brown, et al.,

      Defendants.

---

Plaintiffs and Defendants Minnesota Department of Children, Youth, and Families, Commissioner Tikki Brown and Christopher Clifford filed a stipulation, Dkt. No. 43, to give Defendants an extension of time to Answer the Third Amended Complaint. **IT IS HEREBY ORDERED:** Defendants Minnesota Department of Children, Youth, and Families, Commissioner Tikki Brown and Christopher Clifford shall Answer or otherwise respond to the Third Amended Complaint on or before August 24, 2026.


Dated: August 3, 2026                           s/ David T. Schultz
                                                                    DAVID T. SCHULTZ
                                                                    United States Magistrate Judge