UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Hopkins Child Care Center LLC, Cloud Academy LLC, St. Cloud Childcare Inc., Tayo Daycare, and Zamzam Daycare LLC,

Plaintiffs,

v.

Tikki Brown, *individually and in her official capacity*; Christopher Clifford, *individually and in his official capacity,* Minnesota Department of Children, Youth, and Families; John Doe 1-5, *individually*; and Jane Doe 1-5, *individually*,

Defendants.

Civil File 26-cv-1495 (ECT/DTS)

**NOTICE OF AUGUST 24TH MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE THIRD AMENDED COMPLAINT**

Defendants Minnesota Department of Children, Youth, and Families ("DCYF") and Commissioner Tikki Brown, in her individual and official capacities, and Christopher Clifford, in his individual and official capacities (together "Motion Defendants"), respectfully move the Court pursuant to Fed. R. Civ. P. 6(b) for an Order extending the deadline for Motion Defendants to answer or otherwise responds to Plaintiffs' Third Amended Complaint to September 21, 2026.

This Motion is based upon all files, records and proceedings herein, to include Defendants' Memorandum of Law in Support of Their August 24th Motion for Extension of Time to Answer or Otherwise Respond to the Third Amended Complaint.

Dated: August 24, 2026

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

**s/ James P. Garay Heelan**
JAMES P. GARAY HEELAN
Assistant Attorney General
Atty. Reg. No. 0506135

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-7894 (Voice)
(651) 282-5832 (Fax)
James.GarayHeelan@ag.state.mn.us

*Attorney for Department of Children, Youth, and Families, and Commissioner Tikki Brown, in her Individual and Official Capacities, and Christopher Clifford, in his Individual and Official Capacities*