**EXHIBIT A**

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Hopkins Child Care Center LLC, Cloud Academy LLC, St. Cloud Childcare Inc., and Tayo Daycare, Inc.,

Plaintiffs,

vs.

Tikki Brown, *individually and in her official capacity*; Minnesota Department of Children, Youth, and Families; Christopher Clifford, *individually*, John Doe 1-5, *individually*; and Jane Doe 1-5, *individually*,

Defendants.

Case File No. 26-CV-1495 (ECT/DTS)

**PLAINTIFF ST. CLOUD CHILDCARE INC. NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff St. Cloud Childcare Inc. pursuant to Fed. R. Civ. P. 41(A)(1) hereby voluntarily dismisses its claims in the above-captioned action with prejudice. Each party shall bear its own costs.

Respectfully submitted,

Date: September 16, 2026

Jason Steck #0393077
6160 Summit Drive North, Suite 220
Brooklyn Center, MN 55430
(763) 402-1829
jason@jasonstecklaw.com
*Attorney for Plaintiffs*