**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Hopkins Child Care Center LLC, et al.,

Plaintiffs,

v.

Tikki Brown, et al.,

Defendants.

Case No. 26-cv-1495 (ECT/DTS)

**ORDER**

---

The parties filed a stipulation, Dkt. No. 56, to give Defendants an extension of time to Answer the Fourth Amended Complaint. **IT IS HEREBY ORDERED:** Defendants shall Answer or otherwise respond to the Fourth Amended Complaint on or before October 15, 2026.

Dated: September 24, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge