UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Hopkins Child Care Center LLC and Cloud Academy LLC,

Plaintiffs,

vs.

Tikki Brown, Christopher Clifford, John Doe 1-5, and Jane Doe 1-5, *in their individual capacities*,

Defendants.

Case File No 26-CV-1495 (ECT/DTS)

**NOTICE OF DEFENDANTS BROWN AND CLIFFORD MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT**

Defendants Tikki Brown and Christopher Clifford, in their individual capacities, respectfully move the Court pursuant to Fed. R. Civ. P. 12(b)(6) for an Order to dismiss Plaintiffs' Fourth Amended Complaint against them.

This Motion is based upon all files, records and proceedings herein, to include Defendants Brown and Clifford Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Fourth Amended Complaint.

Dated: October 15, 2026

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

**s/ James Garay Heelan**
JAMES P. GARAY HEELAN
Assistant Attorney General
Atty. Reg. No. 0506135

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-7894 (Voice)
(651) 282-5832 (Fax)
James.GarayHeelan@ag.state.mn.us

*Attorney for Defendants*

|#6323033-v1