# EXHIBIT 1

DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES

December 30, 2025

Mohamed Mohamoud Ahmed
Hopkins Child Care Center LLC
715 Main Street
Hopkins, MN 55343

Certified and Regular Mail

**Notice of Payment Withhold**
**Provider License 1087596**

The Minnesota Department of Children, Youth, and Families (DCYF) will withhold payments to Mohamed Mohamoud Ahmed dba Hopkins Child Care Center LLC from all DCYF administered programs, including any Great Start Compensation Support Payments and Child Care Assistance Program (CCAP), effective December 30, 2025. For CCAP this means your registration will also be closed effective December 30, 2025.

Pursuant to Minnesota Statutes, section 142A.12, subdivision 5, the DCYF Office of Inspector General (OIG) determined there was a credible allegation of fraud against Hopkins Child Care Center LLC for which an investigation is pending for a program administered by a Minnesota state or federal agency. OIG has information that:

DCYF finds by a preponderance of the evidence that your program intentionally gave materially false information on billing forms and/or provided false attendance records. (Minn. Stat. § 142E.17, subd. 9(d)(2)). DCYF reviewed CCAP provider records and videos and determined that Hopkins Child Care Center LLC and the listed individual did the following: failed to accurately bill an absent day or holiday on a day(s) when children did not attend (Minn. Stat. § 142E.17 subd. 10; and Minn. R. 3400.0110, subpart 9); willfully or intentionally withheld, concealed, or misrepresented information for the purposes of obtaining CCAP or to assist someone else to receive CCAP (Minn. Stat. § 256.98, subd. 1); demonstrated a pattern of conduct that violated program rules under Chapter 142E (Minn. Stat. § 142E.51, subd. 5); failed to comply with attendance record keeping requirements (Minn. Stat. § 142E.16, subd. 7 and Minn. Stat. § 142E.54, subds. 1 & 2); and gave statements that were not honest and truthful (Minn. Stat. § 142E.53).

Based this information, and because Mohamed Mohamoud Ahmed is a “provider” as defined under Minnesota Statute 142A.12, subdivision 2(f) for Hopkins Child Care Center LLC, DCYF determined that withholding payments from DCYF administered programs to Hopkins Child Care Center LLC is the appropriate sanction under Minnesota Statutes, section 142A.12, subdivision 5.

**Right to Administrative Reconsideration**

This DCYF payment withhold to Hopkins Child Care Center LLC will start December 30, 2025, and continue until DCYF determines there is insufficient evidence of fraud, or until legal proceedings related to the alleged fraud are completed.

Hopkins Child Care Center LLC has the right to submit written evidence explaining why payments should not be withheld. You may mail your written request for administrative reconsideration to the following address:

Program Integrity Oversight Division (PIO)
Office of the Inspector General
Minnesota Department of Children, Youth, and Families
P.O. Box 64982
St. Paul, MN 55164-0982

A written request for administrative reconsideration must:

- Be made in writing.
- State with specificity the reasons the payment withholding decision is in error; and
- Include documents to support the request.

The withholding of payments is a temporary action and is not subject to appeal under Minnesota Statutes, section 142A.12, subdivision 4 or Chapter 14.

**Questions**

If you have questions about this notice, contact Chris Clifford, Child Care Audits and Investigations, Manager, at 651-539-8204 or by email Christopher.Clifford@state.mn.us.

If you have questions about your rights and responsibilities, consult with an attorney. You may be able to get legal advice or help from your local legal aid office. To find your local legal aid office, visit www.LawHelpMN.org or call 888-354-5522.

Program Integrity Oversight Division
Office of Inspector General

**Legal Authority**

Minnesota Statutes sections 142A.12, 142D.21, 142E.16, 142E.17, 142E.51, 142E.53, 142E.54, 245.095, and 256.98.

Minnesota Rules 3400.0110.

ADA Advisory

For accessible formats of this information or assistance with additional equal access to human services, email DCYF at michelle.dehn@state.mn.us, call 651-539-8207, or use your preferred relay service.
ADA1 (6-23)

# EXHIBIT 2

DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES

# Office of Inspector General – Program Integrity Oversight Division
# Administrative Disqualification & Notice of Refusal to Pay

February 24, 2026

Provider ID: 38082
Provider: Hopkins Child Care Center LLC
715 Main Street
Hopkins, MN 55343

**Temporary Payment Stop**

Effective February 24, 2026 , the Child Care Assistance Program (CCAP) will stop paying Hopkins Child Care Center LLC, including any unpaid bills, until further notice AND all authorizations from CCAP will be closed or denied because:

- The Department of Children, Youth and Families (DCYF), finds by a preponderance of the evidence that your Program intentionally gave materially false information on billing forms and/or provided false attendance records. (Minn. Stat. § 142E.17, subd. 9(d)(2)).

CCAP will stop paying your program, including any unpaid bills, until:

- The DCYF determines there is insufficient evidence to continue this action; or
- The DCYF decides not to pursue further administrative remedy under Minnesota Statutes, chapter 142E or section 256.98; or
- All criminal, civil or administrative proceedings related to the alleged misconduct have concluded and all appeal rights have been exhausted.

A letter will be sent. to any childcare assistance families that use Hopkins Child Care Center LLC as a provider. The letter will tell them that Hopkins Child Care Center LLC is no longer authorized.

**Can I contest my payments stopping?**

You have the right to an administrative review. An administrative review is a process that allows providers whose Child Care Assistance Program payments are temporarily suspended to submit written proof and argument for consideration by the Minnesota Department of Children, Youth and Families.

Submit your written argument and written proof to:

Minnesota Department of Children, Youth and Families
Program Integrity Oversight Division
Attn: Child Care Audits and Investigations
PO Box 64982
St. Paul, MN 55164-0982

**Administrative Disqualification**
In addition, Hopkins Child Care Center LLC and the individuals listed below will be disqualified from receiving CCAP payments in the State of Minnesota effective 30 days after the date this notice is mailed, unless the Department of Human Services (DHS)_Appeals Division receives your appeal before the appeal deadline. (Minn. Stat. §142E.51, subd. 5 and Minn. Stat. §256.98, subd. 8(c)). DHS conducts hearings on behalf of DCYF per Minn. Stat. § 142A.20, subd. 1.

- Mohamed Mohamoud Ahmed

**Why are the Program and the Individuals identified above being disqualified?**
We reviewed CCAP provider records, and we have determined that Hopkins Child Care Center LLC and the listed individual(s) did the following:

- Failed to accurately bill an absent day or holiday on a day(s) when children did not attend. (Minn. Stat. § 142E.17, subd. 10; and Minn. R. 3400.0110, subp. 9).
- Failed to comply with attendance record keeping requirements (Minn. Stat. § 142E.16, subd. 7 and Minn. Stat. § 142E.54, subds. 1 & 2).
- Willfully or intentionally withheld, concealed, or misrepresented information for the purposes of obtaining CCAP or to assisting someone else to receive CCAP. (Minn. Stat. § 256.98, subd. 1).
- Demonstrated a pattern of conduct that violated program rules under chapter 142E (Minn. Stat. § 142E.51, subd. 5).
- Gave statements that were not honest and truthful (Minn. Stat. § 142E.53).

**What is the proof?**
We have the following proof to support our determination:

- An OIG investigator reviewed video of children entering both the front and rear door of 715 Main Street, Hopkins, MN building of Hopkins Child Care Center LLC for 29 days of operation from March 25, 2023 – April 23, 23 (April 5, 2023 and April 24, 2023 were not reviewed).

- A comparison of surveillance alongside:
  - Attendance records for six randomly selected dates from the same period (3/25/23, 4/1/23, 4/3/23, 4/16/23, 4/22/23, and 4/23/23) revealed substantial discrepancies between the times written on attendance records and the actual times observed on video.
  - CCAP billing showed:
    - Overbilling for all reviewed days except 4/21/23. However, on 4/21/23 Hopkins Child Care Center LLC billed 69 children as a holiday and 1 child absent. Absent days cannot be billed if a provider is closed and care is unavailable.

- Of the 1739 children billed present on reviewed dates, video showed only 836 children entering the building, resulting in overbilling CCAP for 903 children. The overpayment calculated by the lowest applicable daily CCAP rate for each child overbilled totals $62,247.20

| DATE | VIDEO COUNT | BILLED PRESENT | ABSENT | HOLIDAY | TOTAL BILLING | Overbilled |
|---|---|---|---|---|---|---|
| 3/25/2023 | 21 | 34 | 0 | 0 | 34 | 13 |
| 3/26/2023 | 15 | 33 | 0 | 0 | 33 | 18 |
| 3/27/2023 | 39 | 85 | 1 | 0 | 86 | 46 |
| 3/28/2023 | 40 | 83 | 0 | | 83 | 43 |
| 3/29/2023 | Video Skipped | | | | | |
| 3/30/2023 | 37 | 81 | 0 | 0 | 81 | 44 |
| 3/31/2023 | 31 | 55 | 15 | 0 | 70 | 24 |
| 4/1/2023 | 7 | 34 | 0 | 0 | 34 | 27 |
| 4/2/2023 | 13 | 29 | 0 | 0 | 29 | 16 |
| 4/3/2023 | 42 | 82 | 6 | 0 | 88 | 40 |
| 4/4/2023 | 46 | 86 | 0 | 0 | 86 | 40 |
| 4/5/2023 | VIDEO SKIPPED | | | | | |
| 4/6/2023 | 57 | 83 | 0 | 0 | 83 | 26 |
| 4/7/2023 | 41 | 73 | 0 | 0 | 73 | 32 |
| 4/8/2023 | 22 | 33 | 0 | 0 | 33 | 11 |
| 4/9/2023 | 13 | 32 | 0 | 0 | 32 | 19 |
| 4/10/2023 | 42 | 82 | 4 | 0 | 86 | 40 |
| 4/11/2023 | 40 | 84 | 0 | 0 | 84 | 44 |
| 4/12/2023 | 41 | 79 | 0 | 0 | 79 | 38 |
| 4/13/2023 | 45 | 80 | 0 | 0 | 80 | 35 |
| 4/14/2023 | 41 | 69 | 1 | 0 | 70 | 28 |
| 4/15/2023 | 25 | 34 | 0 | 0 | 34 | 9 |
| 4/16/2023 | 14 | 33 | 0 | 0 | 33 | 19 |
| 4/17/2023 | 33 | 82 | 0 | 0 | 82 | 49 |
| 4/18/2023 | 43 | 81 | 0 | 0 | 81 | 38 |
| 4/19/2023 | 32 | 76 | 0 | 0 | 76 | 44 |
| 4/20/2023 | 18 | 74 | 2 | 0 | 76 | 56 |
| 4/21/2023 | No Overbilling | 0 | 1 | 69 | 70 | 0 |
| 4/22/2023 | 4 | 34 | 0 | 0 | 34 | 30 |
| 4/23/2023 | 13 | 31 | 2 | 0 | 33 | 18 |
| 4/24/2023 | Video was not watched | | | | | |
| 4/25/2023 | 21 | 77 | 5 | 0 | 82 | 56 |
| TOTAL | 836 | 1739 | 37 | 69 | 1845 | 903 |

**What happens next?**
We will close the provider CCAP authorization(s) and disqualify you and the program from receiving payments from CCAP for three years. *See* Minn. Stat. § 142E.17, subd. 9(d)(2), Minn. Stat. § 142E.51, subd. 5(g), and Minn. Stat. § 256.98, subd. 8(c).

**What is the effect of being disqualified?**
In addition to being disqualified from accepting CCAP payments for three years, a disqualification may also affect your ability to clear a background study, hold a childcare license or certification, have direct contact or access to children in a childcare setting, be registered and paid as a legal non licensed (LNL) provider in the future, and/or participate in other DCYF and/or Department of Human Services programs.

*See* Minn. Stat. § 142A.12 (limit on public funds), Minn. Stat. § 142B.10, subd. 14 (shall not issue or re-issue a license issuance), Minn. Stat. § 142B.15 (license denial), Minn. Stat. § 142B.18, subd. 4 (license suspension, revocation, or fine), Minn. Stat. § 142B.19 (effect of disqualification for licensing purposes), Minn. Stat. § 245C.14 (Background Studies Act disqualification), Minn. Stat. § 245C.15 (disqualifying characteristics), Minn. Stat. § 142C.07 (certified childcare centers, if applicable), and Minn. Stat. § 142E.16, subd. 4 (persons who cannot be authorized).

In addition, because of the CCAP violations, we estimate Hopkins Child Care Center LLC was overpaid $62,247.20. If the agency assesses Hopkins Child Care Center LLC an overpayment, Hopkins Child Care Center LLC will receive a separate notice with separate appeal rights.

**Can I appeal the disqualification?**
The program and any individuals identified above have the right to appeal their disqualification. Your appeal must be in writing. Your appeal request must:

- Be received by the Department of Human Services Appeals Division within 30 days of the date this notice was mailed.
- List each item in this notice you disagree with, the reason(s) you disagree, and (if applicable) the dollar value of each item you disagree with.
- State the overpayment amount you believe is correct (if applicable).
- State the statute and/or rule references you believe support your position.
- Provide a name, address, and telephone number of a person at your business that can be contacted about your appeal.
- Be addressed to:

Minnesota Department of Human Services – Appeals Division
PO Box 64941
St. Paul, MN 55164-0941

Metro: (651) 431-3600 (Voice)
Outstate: (800) 657-3510
TTY: (800) 627-3529
Fax: (651) 431-7523

Appeals are referred to a hearing before a Human Services Judge pursuant to Minn. Stats. §§ 142A.20, 256.045, and 256.0451. Note: The decision to close your CCAP authorization cannot be appealed and will not be within the scope of your hearing.

**What if I don't appeal?**
This action is final and binding unless you follow the procedures above and appeal within 30 days of the date of this notice.

**Questions**
If you have questions about your rights and responsibilities, consult with an attorney. You may be able to get legal advice or help from your local legal aid office. To find your local legal aid office, visit www.LawHelp.MN.org or call (888) 354-5522.

If you have questions about this notice, contact Chris Clifford, Investigations Manager, at (651) 539-8204 or by email Christopher.Clifford@state.mn.us.

Program Integrity Oversight Division
Office of Inspector General

**Legal Authority**
Minnesota Statutes, chapter 142E; and
Minnesota Statutes, sections 142A.20, subd. 1, 142E.16, 142E.17, 142E.18, 142E.19, 142E.51, 142E.53, 142E.54, 256.045, 256.0451, and 256.98
Minnesota Rule, part 3400.0110

CC: Mohamed Mohamoud Ahmed
11310 Deer Ridge Lane
Minnetonka, MN 55343

For accessible formats of this information or assistance with additional equal access to services, email DCYF at Christopher.clifford@state.mn.us, call 651-539-8204, or use your preferred relay service.
ADA1 (6-23)

# EXHIBIT 3

DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES

March 3, 2026

Mohamed Mohamoud Ahmed
Hopkins Child Care Center LLC
715 Main Street
Hopkins, MN 55343

Certified and Regular Mail

**Amended Notice of Payment Withhold**
**Provider License 1087596**

The Minnesota Department of Children, Youth, and Families (DCYF) issued a Notice of Payment Withhold (Notice) to Mohamed Mohamoud Ahmed dba Hopkins Child Care Center LLC (Hopkins) effective on December 30, 2025. This Notice withheld payments from all DCYF administered programs, including any Great Start Compensation Support Payments and Child Care Assistance Program (CCAP) and remains in effect. The purpose of this Amended Notice of Payment Withhold (Amended Notice) is to provide you additional details related to the ongoing payment withhold.

Pursuant to Minnesota Statutes, section 142A.12, subdivision 5, the DCYF Office of Inspector General (OIG) determined there was a credible allegation of fraud against Hopkins for which an investigation is pending for a program administered by a Minnesota state or federal agency. OIG has information that:

OIG reviewed CCAP provider records and videos and found that Hopkins and the listed individual did the following: failed to accurately bill an absent day or holiday on a day(s) when children did not attend (Minn. Stat. § 142E.17 subd. 10; and Minn. R. 3400.0110, subpart 9); willfully or intentionally withheld, concealed, or misrepresented information for the purposes of obtaining CCAP or to assist someone else to receive CCAP (Minn. Stat. § 256.98, subd. 1); demonstrated a pattern of conduct that violated program rules under Chapter 142E (Minn. Stat. § 142E.51, subd. 5); failed to comply with attendance record keeping requirements (Minn. Stat. § 142E.16, subd. 7 and Minn. Stat. § 142E.54, subds. 1 & 2); and gave statements that were not honest and truthful (Minn. Stat. § 142E.53).

Specifically, between March 25, 2023 and April 23, 2023, Hopkins overbilled CCAP by approximately 903 children over 29 days that were reviewed. OIG conducted surveillance at Hopkins during this time period and observed 836 children entering the center, whereas Hopkins billed for 1739 CCAP children on those same days. This overbilling is in violation of Minnesota Statute section 142E.16, subdivision 7(a), which requires Hopkins to maintain accurate attendance records.

Based this information, DCYF determined that withholding payments from DCYF administered programs to Hopkins Child Care Center LLC is the appropriate sanction under Minnesota Statutes, section 142A.12, subdivision 5.

**Right to Administrative Reconsideration**

This DCYF payment withhold to Hopkins Child Care Center LLC began on December 30, 2025, and continue until DCYF determines there is insufficient evidence of fraud, or until legal proceedings related to the alleged fraud are completed.

Hopkins Child Care Center LLC continues to have the right to submit written evidence explaining why payments should not be withheld. You may mail your written request for administrative reconsideration to the following address:

Program Integrity Oversight Division (PIO)
Office of the Inspector General
Minnesota Department of Children, Youth, and Families
P.O. Box 64982
St. Paul, MN 55164-0982

A written request for administrative reconsideration must:

- Be made in writing.
- State with specificity the reasons the payment withholding decision is in error; and
- Include documents to support the request.

The withholding of payments is a temporary action and is not subject to appeal under Minnesota Statutes, section 142A.12, subdivision 4 or Chapter 14.

**Questions**

If you have questions about this notice, contact Chris Clifford, Child Care Audits and Investigations, Manager, at 651-539-8204 or by email Christopher.Clifford@state.mn.us.

If you have questions about your rights and responsibilities, consult with an attorney. You may be able to get legal advice or help from your local legal aid office. To find your local legal aid office, visit www.LawHelpMN.org or call 888-354-5522.

Program Integrity Oversight Division
Office of Inspector General

**Legal Authority**

Minnesota Statutes sections 142A.12, 142D.21, 142E.16, 142E.17, 142E.51, 142E.53, 142E.54, 245.095, and 256.98.
Minnesota Rules 3400.0110.

ADA Advisory

For accessible formats of this information or assistance with additional equal access to human services, email DCYF at michelle.dehn@state.mn.us, call 651-539-8207, or use your preferred relay service.
ADA1 (6-23)

# EXHIBIT 4

DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES

January 6, 2026

Cabdicasiis Idoor Cilmi
Abdurahman Mursal Adan
Said Adan
Cloud Academy
405 – 33rd Avenue North
Saint Cloud, MN 56303

Certified and Regular Mail

**Notice of Payment Withhold**
**Provider License 1115014**

The Minnesota Department of Children, Youth, and Families (DCYF) will withhold payments to Cabdicasiis Idoor Cilmi, Abdurahman Mursal Adan, and Said Adan dba Cloud Academy from all DCYF administered programs, including any Great Start Compensation Support Payments and Child Care Assistance Program (CCAP), effective January 7, 2026. For CCAP this means your registration will also be closed effective January 7, 2026.

Pursuant to Minnesota Statutes, section 142A.12, subdivision 5, the DCYF Office of Inspector General (OIG) determined there was a credible allegation of fraud against Cloud Academy for which an investigation is pending for a program administered by a Minnesota state or federal agency. OIG has information that:

DCYF finds by a preponderance of the evidence that your program intentionally gave materially false information on billing forms and/or provided false attendance records. (Minn. Stat. § 142E.17, subd. 9(d)(2)). DCYF reviewed CCAP provider records and videos and determined that Cloud Academy and the listed individual(s) did the following: failed to accurately bill an absent day or holiday on a day(s) when children did not attend (Minn. Stat. § 142E.17 subd. 10; and Minn. R. 3400.0110, subpart 9); failed to comply with attendance record keeping requirements (Minn. Stat. § 142E.16, subd. 7 and Minn. Stat. § 142E.54, subds. 1 & 2); intentionally gave the county materially false information on the provider's billing forms or provided false attendance records to a county or the commissioner (Minn. Stat. § 142E.17, subd. 9(d)(2)); committed an intentional program violation by intentionally misrepresenting, concealing, or withholding facts and repeatedly and intentionally violating program regulations under chapter 142E. (Minn. Stat. § 142E.51, subd. 5); and repeatedly and intentionally violated child care assistance requirements under 142E. (Minn. Stat. § 142E.51, subd. 5(a)).

Based this information, and because Cabdicasiis Idoor Cilmi, Abdurahman Mursal Adan, and Said Adan are all a "provider" as defined under Minnesota Statute 142A.12, subdivision 2(f) for Cloud Academy, DCYF determined that withholding payments from DCYF administered programs to Cloud Academy is the appropriate sanction under Minnesota Statutes, section 142A.12, subdivision 5.

**Right to Administrative Reconsideration**

This DCYF payment withhold to Cloud Academy will start January 7, 2026, and continue until DCYF determines there is insufficient evidence of fraud, or until legal proceedings related to the alleged fraud are completed.

Cloud Academy has the right to submit written evidence explaining why payments should not be withheld. You may mail your written request for administrative reconsideration to the following address:

Program Integrity Oversight Division (PIO)
Office of the Inspector General
Minnesota Department of Children, Youth, and Families
P.O. Box 64982
St. Paul, MN 55164-0982

A written request for administrative reconsideration must:

- Be made in writing.
- State with specificity the reasons the payment withholding decision is in error; and
- Include documents to support the request.

The withholding of payments is a temporary action and is not subject to appeal under Minnesota Statutes, section 142A.12, subdivision 4 or Chapter 14.

**Questions**

If you have questions about this notice, contact Chris Clifford, Child Care Audits and Investigations, Manager, at 651-539-8204 or by email Christopher.Clifford@state.mn.us.

If you have questions about your rights and responsibilities, consult with an attorney. You may be able to get legal advice or help from your local legal aid office. To find your local legal aid office, visit www.LawHelpMN.org or call 888-354-5522.

Program Integrity Oversight Division
Office of Inspector General

**Legal Authority**

Minnesota Statutes sections 142A.12, 142D.21, 142E.16, 142E.17, 142E.51, 142E.53, 142E.54, 245.095, and 256.98.

Minnesota Rules 3400.0110.

ADA Advisory

For accessible formats of this information or assistance with additional equal access to human services, email DCYF at michelle.dehn@state.mn.us, call 651-539-8207, or use your preferred relay service.
ADA1 (6-23)

# EXHIBIT 5

DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES

# Office of Inspector General – Program Integrity Oversight Division
# Administrative Disqualification & Notice of Refusal to Pay

February 25, 2026

Provider ID: 41231
Provider: Cloud Academy LLC
405 33rd Ave N
Saint Cloud, MN 56303

On January 6, 2026, the Department of Children, Youth, and Families (DCYF) issued Cloud Academy LLC a Notice of Payment Withhold informing you that DCYF is withholding all payments to you for all DCYF administered programs, including the Child Care Assistance Program (CCAP) under Minn. Stat. § 142A.12, subd. 5. This action also resulted in the closing of your CCAP registration and remains in place.

**Temporary Payment Stop**

Effective February 26, 2026 , DCYF, who administers the Child Care Assistance Program (CCAP), is issuing a Payment Stop under Minnesota Statutes, section 142E.17, subdivision 9(d)(2) in addition to the Payment Withhold issued on January 6, 2026, to Cloud Academy LLC. Any unpaid bills, until further notice AND all authorizations from CCAP will remain closed or denied because:

- The Department of Children, Youth and Families, finds by a preponderance of the evidence that your Program intentionally gave materially false information on billing forms and/or provided false attendance records. (Minn. Stat. § 142E.17, subd. 9(d)(2)).

CCAP will stop paying your program, including any unpaid bills, until:

- The Department of Children, Youth and Families determines that there is insufficient evidence to continue this action; or
- The Department of Children, Youth and Families decides not to pursue further administrative remedy under Minnesota Statutes, chapter 142E or section 256.98; or
- All criminal, civil or administrative proceedings related to the alleged misconduct have concluded and all appeal rights have been exhausted.

**Can I contest my payments stopping?**

You have the right to an administrative review. An administrative review is a process that allows providers whose Child Care Assistance Program payments are temporarily suspended to submit written proof and argument for consideration by the Minnesota Department of Children, Youth, and Families.

Submit your written argument and written proof to:

Minnesota Department of Children, Youth, and Families
Program Integrity Oversight Division
Attn: Child Care Audits and Investigations
PO Box 64982
St. Paul, MN 55164-0982

**Administrative Disqualification**

Cloud Academy LLC and the individuals listed below will be disqualified from receiving CCAP payments in the State of Minnesota effective 30 days after the date this notice is mailed, unless the Department of Human Services (DHS) Appeals Division receives your appeal before the appeal deadline. (Minn. Stat. §142E.51, subd. 5 and Minn. Stat. §256.98, subd. 8(c)). DHS conducts hearings on behalf of the Department of Children, Youth, and Families (DCYF) per Minn. Stat. §§ 142A.20, subd. 1 and 142E.51, subd. 5.

- Cabdicasiis Idoor Cilmi
- Abdurahman Mursal Adan
- Said Adan

**Why are the Program and the Individuals identified above being disqualified?**

We reviewed CCAP provider records, and we have determined that Cloud Academy LLC and the listed individual(s) did the following:

- Failed to comply with attendance record keeping requirements (Minn. Stat. § 142E.16, subd. 7 and Minn. Stat. § 142E.54, subds. 1 & 2).
- Failed to accurately bill an absent day or holiday on a day(s) when children did not attend. (Minn. Stat. § 142E.17, subd. 10; and Minn. R. 3400.0110, subp. 9).
- Intentionally gave the county materially false information on the provider's billing forms, or provided false attendance records to a county or the commissioner (Minn. Stat. § 142E.17, subd. 9(d)(2)).
- Demonstrated a pattern of conduct that violated program rules under chapter 142E (Minn. Stat. § 142E.51, subd. 5).
- Willfully or intentionally withheld, concealed, or misrepresented information for the purposes of obtaining CCAP or to assisting someone else to receive CCAP (Minn. Stat. § 256.98, subd. 1).
- Committed acts or omissions that resulted in fraud and abuse or error regarding CCAP payments (Minn. Stat. § 142E.50, subd. 8).
- Gave statements that were not honest and truthful (Minn. Stat. § 142E.53).

**What is the proof?**

We have the following proof to support our determination:

**Attendance Record Review**

A comparison of attendance records against CCAP bills for service dates from 1/20/25 – 2/16/25 showed evidence of attendance and billing violations. Of the 2667 records reviewed, 344 had violations, resulting in an overpayment of $23,815.80.
Violations included:

- No attendance record exists: 323
- Billing record does not match child's attendance records: 16
- Attendance record missing time in: 5
- Attendance record missing time out: 5

**Video Surveillance**
Surveillance for eight randomly selected dates from 1/13/2025-2/18/2025 showed evidence of overbilling.

The view is obstructed some of the time making it difficult to determine the exact number of children. Even without the exact number of children arriving, the number of children billed present is high compared to the number of vehicle's coming to the program.

| Date | Billed Present | Children Observed | Overbilled | Overbilled Rate |
|---|---|---|---|---|
| 1/13/25 | 140 | 49 | 91 | 65% |
| 1/21/25 | 132 | 27 | 105 | 80% |
| 1/31/25 | 128 | 58 | 70 | 55% |
| 2/6/25 | 118 | 42 | 76 | 64% |
| 2/10/25 | 116 | 43 | 73 | 63% |
| 2/12/25 | 115 | 50 | 65 | 57% |
| 2/13/25 | 125 | 58 | 67 | 54% |
| 2/18/25 | 41 | 26 | 15 | 37% |
| **Totals:** | 915 | 353 | 562 | 61% |

**Child and Adult Food Program (CACFP) Records**
A comparison of February 2025 meal counts and attendance records for the Child and Adult Food Program (CACFP) against Cloud Academy's CCAP billing and surveillance showed significant overbilling. CACFP Meal count and attendance records for February 2025 were reviewed and compared to attendance records submitted by Cloud Academy, number of children billed, as well as the video surveillance.

The number of children listed in attendance on the CACFP records is approximately the number of children observed on video surveillance, not the number of children billed. Due to the inconsistencies between the number of children billed present for CCAP and the provider's CACFP records, at least one set of the provider's records is false or inaccurate. The CACFP records more closely match DCYF's observed count of children compared to the significantly higher Cloud Academy CCAP billing, therefore, DCYF determined that Cloud Academy's CCAP billing was falsified.

Below is the comparison for each day of video watched, the CACFP attendance records, and the number of children billed for each day observed.

| Date | Children Observed | Marked Present on CACFP Records | Billed Present for CCAP |
|---|---|---|---|
| 1/13/25 | 49 | 51 | 140 |
| 1/21/25 | 27 | 28 | 132 |
| 1/31/25 | 58 | 26 | 128 |
| 2/6/25 | 42 | 39 | 118 |
| 2/10/25 | 43 | 34 | 116 |
| 2/12/25 | 50 | 48 | 115 |
| 2/13/25 | 58 | 54 | 125 |
| 2/18/25 | 26 | 44 | 41 |
| **Totals:** | 353 | 324 | 915 |

**What happens next?**

We will disqualify you and the program from receiving payments from CCAP for three years. *See* Minn. Stat. § 142E.51, subd. 5(g) and Minn. Stat. § 256.98, subd. 8(c).

**What is the effect of being disqualified?**

In addition to being disqualified from accepting CCAP payments for three years, a disqualification may also affect your ability to clear a background study, hold a child care license or certification, have direct contact or access to children in a child care setting, be registered and paid as a legal nonlicensed (LNL) provider in the future, and/or participate in other Department of Children, Youth, and Families and/or Department of Human Services programs.

*See* Minn. Stat. § 142A.12 (limit on public funds), Minn. Stat. § 142B.10, subd. 14 (shall not issue or re-issue a license issuance), Minn. Stat. § 142B.15 (license denial), Minn. Stat. § 142B.18, subd. 4 (license suspension, revocation, or fine), Minn. Stat. § 142B.19 (effect of disqualification for licensing purposes), Minn. Stat. § 245C.14 (Background Studies Act disqualification), Minn. Stat. § 245C.15 (disqualifying characteristics), Minn. Stat. § 142C.07 (certified child care centers, if applicable), and Minn. Stat. § 142E.16, subd. 4 (persons who cannot be authorized).

In addition, because of the CCAP violations, we estimate Cloud Academy LLC was overpaid $23,815.80. If the agency assesses Cloud Academy LLC an overpayment, Cloud Academy LLC will receive a separate notice with separate appeal rights.

**Can I appeal the disqualification?**

The program and any individuals identified above have the right to appeal their disqualification. Your appeal must be in writing. Your appeal request must:

- Be received by the Department of Human Services Appeals Division within 30 days of the date this notice was mailed.
- List each item in this notice you disagree with, the reason(s) you disagree, and (if applicable) the dollar value of each item you disagree with.
- State the overpayment amount you believe is correct (if applicable).
- State the statute and/or rule references you believe support your position.
- Provide a name, address, and telephone number of a person at your business that can be contacted about your appeal.
- Be addressed to:

Minnesota Department of Human Services – Appeals Division
PO Box 64941
St. Paul, MN 55164-0941
Metro: (651) 431-3600 (Voice)
Outstate: (800) 657-3510
TTY: (800) 627-3529
Fax: (651) 431-7523

Appeals are referred to a hearing before a Human Services Judge pursuant to Minn. Stats. §§ 142A.20, 256.045, and 256.0451. Note: The decision to stop or withhold payments and to close your CCAP authorization cannot be appealed and will not be within the scope of your hearing.

**What if I don't appeal?**
This action is final and binding unless you follow the procedures above and appeal within 30 days of the date of this notice.

**Questions**
If you have questions about your rights and responsibilities, consult with an attorney. You may be able to get legal advice or help from your local legal aid office. To find your local legal aid office, visit www.LawHelp.MN.org or call (888) 354-5522.

If you have questions about this notice, contact Chris Clifford, Investigations Manager, at (651) 539-8204 or by email Christopher.Clifford@state.mn.us.

Program Integrity Oversight Division
Office of Inspector General

**Legal Authority**
Minnesota Statutes, chapter 142E; and

Minnesota Statutes, sections 142E.16, 142E.17, 142E.18, 142E.19, 142E.50, 142E.51, 142E.53, 142E.54, 142E.55 and 256.98; and
Minnesota Rule, part 3400.0110

CC: Cabdicasiis Idoor Cilmi, Adurahman Mursal Adan, Said Adan

ADA Advisory

For accessible formats of this information or assistance with additional equal access to services, email DCYF at Christopher.clifford@state.mn.us, call 651-539-8204, or use your preferred relay service.
ADA1 (6-23)

# EXHIBIT 6

DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES

March 3, 2026

Cabdicasiis Idoor Cilmi
Abdurahman Mursal Adan
Said Adan
Cloud Academy
405 – 33rd Avenue North
Saint Cloud, MN 56303

Certified and Regular Mail

**Amended Notice of Payment Withhold**
**Provider License 1115014**

The Minnesota Department of Children, Youth, and Families (DCYF) issued a Notice of Payment Withhold (Notice) to Cabdicasiis Idoor Cilmi, Abdurahman Mursal Adan, and Said Adan dba Cloud Academy (Cloud Academy) effective on January 6, 2026, and is withholding payments from all DCYF administered programs, including any Great Start Compensation Support Payments and Child Care Assistance Program (CCAP). This payment withhold remains in effect. The purpose of this Amended Notice of Payment Withhold (Amended Notice) is to provide you additional details related to the ongoing payment withhold.

Pursuant to Minnesota Statutes, section 142A.12, subdivision 5, the DCYF Office of Inspector General (OIG) determined there was a credible allegation of fraud against Cloud Academy for which an investigation is pending for a program administered by a Minnesota state or federal agency. OIG has information that:

DCYF reviewed CCAP provider records and videos and found evidence that Cloud Academy and the listed individual(s) did the following: failed to accurately bill an absent day or holiday on a day(s) when children did not attend (Minn. Stat. § 142E.17 subd. 10; and Minn. R. 3400.0110, subpart. 9); failed to comply with attendance record keeping requirements (Minn. Stat. § 142E.16, subd. 7 and Minn. Stat. § 142E.54, subds. 1 & 2); intentionally gave the county materially false information on the provider's billing forms or provided false attendance records to a county or the commissioner (. Minn. Stat. § 142E.17, subd. 9(d)(2)); committed an intentional program violation by intentionally misrepresenting, concealing, or withholding facts and repeatedly and intentionally violating program regulations under chapter 142E. (Minn. Stat. § 142E.51, subd. 5); and repeatedly and intentionally violated child care assistance requirements under 142E. (Minn. Stat. § 142E.51, subd. 5(a)).

Specifically, OIG conducted surveillance and collected records regarding attendance at Cloud Academy between January 10, 2025 and March 19, 2025. Over 8 random days reviewed during this period, surveillance and other evidence showed that Cloud Academy significantly overbilled CCAP based on attendance. DCYF observed that Cloud Academy overbilled CCAP by approximately 560 children over

these 8 days in violation of Minnesota Statute section 142E.16, subdivision 7(a) requiring Cloud Academy to maintain accurate attendance records.

Based this information, DCYF still finds that withholding payments from DCYF administered programs to Cloud Academy is the appropriate sanction under Minnesota Statutes, section 142A.12, subdivision 5.

**Right to Administrative Reconsideration**

This DCYF payment withhold to Cloud Academy began on December 30, 2025, and will continue until DCYF determines there is insufficient evidence of fraud, or until legal proceedings related to the alleged fraud are completed.

Cloud Academy has the right to submit written evidence explaining why payments should not be withheld. You may mail your written request for administrative reconsideration to the following address:

Program Integrity Oversight Division (PIO)
Office of the Inspector General
Minnesota Department of Children, Youth, and Families
P.O. Box 64982
St. Paul, MN 55164-0982

A written request for administrative reconsideration must:

- Be made in writing.
- State with specificity the reasons the payment withholding decision is in error; and
- Include documents to support the request.

The withholding of payments is a temporary action and is not subject to appeal under Minnesota Statutes, section 142A.12, subdivision 4 or Chapter 14.

**Questions**

If you have questions about this Amended Notice, contact Chris Clifford, Child Care Audits and Investigations, Manager, at 651-539-8204 or by email Christopher.Clifford@state.mn.us.

If you have questions about your rights and responsibilities, consult with an attorney. You may be able to get legal advice or help from your local legal aid office. To find your local legal aid office, visit www.LawHelpMN.org or call 888-354-5522.

Program Integrity Oversight Division
Office of Inspector General

**Legal Authority**

Minnesota Statutes sections 142A.12, 142D.21, 142E.16, 142E.17, 142E.51, 142E.53, 142E.54, and 256.98.
Minnesota Rules 3400.0110.

ADA Advisory

For accessible formats of this information or assistance with additional equal access to human services, email DCYF at michelle.dehn@state.mn.us, call 651-539-8207, or use your preferred relay service.
ADA1 (6-23)